IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEVONA RUIZ,

       Appellant,

 v.

Case No. 5D21-1098
LT Case No. 2020-CF-00345

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 14, 2022

Appeal from the Circuit Court
for Citrus County,
T. Michael Johnson, Senior Judge.

Matthew J. Metz, Public Defender,
and Scott G. Hubbard, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F.
Corrente, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


EISNAUGLE, HARRIS and SASSO, JJ., concur.